| PROB 22<br>(Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)*<br>2:18CR00390 |
|---|---|---|
| TRANSFER OF JURISDICTION | **FILED**<br>CLERK, U.S. DISTRICT COURT<br>2/18/2026<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___ KM ___ DEPUTY | DOCKET NUMBER *(Rec. Court)*<br>2:26-cr-00076-DMG |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASE | DISTRICT<br>Nevada | DIVISION<br>U.S. Probation Office |
|---|---|---|
| Hieugod Tran | NAME OF SENTENCING JUDGE<br>Richard F. Boulware | |

*(stamp overlay: FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD / MAR 02 2026 / CLERK US DISTRICT COURT / DISTRICT OF NEVADA / BY: ___ DEPUTY)*

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>10/3/2025 | TO<br>10/2/2035 |
|---|---|---|---|

**OFFENSE**
Conspiracy to Distribute a Controlled Substance

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Hieugod Tran resides in the Central District of California and is intending to remain in that district, for the duration of his supervision.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/10/2026
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Central _____ DISTRICT OF _____ California _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 18, 2026
_____
Effective Date

_____
Chief United States District Judge